# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

ANTHONY T.L. CASEY,

    Plaintiff,

v.                                                                No. CIV 05-944 LFG/RHS

LAWRENCE CISNEROS, et al.,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

    THIS MATTER is before the Court on the Magistrate Judge's Report and Recommendation, filed January 7, 2007 [Doc. 75]. After holding a hearing, the Magistrate Judge recommended that this Court approve the settlement reached by and between the parties, having concluded that the settlement was fair, reasonable and in the best interests of the Plaintiff who was a minor at all pertinent times. The Court has reviewed the terms of settlement set out in the Magistrate Judge's report, along with the exhibits to the report, including the specific terms and conditions contained in the Settlement Agreement.

    The parties filed no objections to the Magistrate Judge's Report and Recommendation, nor did the report indicate that the parties would file any objections.

    The Court understand that upon entry of this Order, the parties have agreed to file a stipulated order of dismissal of this action, with prejudice.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation [Doc. 75] is adopted by the Court.

*Lorenzo F. Garcia*
Lorenzo F. Garcia
Chief United States Magistrate Judge